UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACADIAN ASSET MANAGEMENT LLC,

    Plaintiff,

v.

JAMES A. WYLIE,

    Defendant.

Civil Action No. 1:10-cv-11113

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Acadian Asset Management, LLC, through its attorneys, hereby stipulates that all claims in this action be dismissed with prejudice, without costs, and with all rights of appeal being waived.

ACADIAN ASSET MANAGEMENT LLC

By its attorneys,

    */s/ Michael L. Rosen*
Michael L. Rosen, BBO # 559954
mrosen@foleyhoag.com
Ara B. Gershengorn, BBO # 647345
agershengorn@foleyhoag.com
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (facsimile)

Dated: August 6, 2010

B3778493.1